■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON WALL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Nastasi, J.), rendered November 9, 1984, convicting him of burglary in the second degree, and robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Baldi,*

54 NY2d 137; *People v Kazepis*, 101 AD2d 816). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.